United States Bankruptcy Court
District of Utah
Frank E. Moss United States Courthouse
350 South Main Street
Salt Lake City, UT 84101

Deneen Nunn                                                                Telephone:
Financial Department                                                       (801) 524-6682

May 14, 2014

Brian Dilks
Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065

Re: **Unclaimed funds Request for Case #10-20767 (Paul and Katherine Hilse)**

To Whom it May Concern:

I am in receipt of your request for unclaimed funds in the above-referenced case. In order to process your request, please provide the following to the court:

- ID for Brian Stevens and Steven Poling with the last 4 digits and address showing. Sensitive information such as this is docketed such that the public does not have access to it. They can cross out the day and month of their births if they wish.

- Please provide these documents by June 9, 2014.

**Please send the above items to the following address:**

U.S. Bankruptcy Court
Attn: Deneen Nunn
350 South Main Street, Room 301
Salt Lake City, Utah 84101

If you have any questions, please call me at 801-524-6682.

Sincerely yours,

*Deneen Nunn*

Deneen Nunn
Financial Department